UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>LOONEY LABORATORIES, INC.,<br><br>                    Defendant(s). | 22 Civ. 8646 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued October 26, 2023, scheduled an initial pretrial conference in this matter for January 10, 2024, and required the parties to file a joint status letter and proposed case management plan by January 3, 2024. *See* Dkt. No. 11. No such materials were filed. A second order issued January 4, 2024, reminded the parties of their obligation to file these materials. *See* Dkt. No. 15. On January 5, 2024, the parties filed the proposed case management plan and did not file the joint status letter. *See* Dkt. No. 16.

It is hereby **ORDERED** that the parties shall file the joint status letter as soon as possible and no later than **January 10, 2024**. Such letter shall include the information listed in the October 26, 2023, order. Such letter shall also include a statement as to why the parties did not participate in the previously-ordered mediation, *see* Dkt. No. 13. It is further **ORDERED** that the January 10, 2024, conference is **ADJOURNED** to **January 17, 2024, at 10:30 A.M. EST**. The parties shall join the conference by dialing (646) 453 – 4442 and entering the Conference ID: 246 482 874, followed by the pound sign (#).

The parties are apprised that failure to comply with Court orders may result in sanctions.

SO ORDERED.

Dated: January 8, 2024
       New York, New York

_____
DALE E. HO
United States District Judge