UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO,<br><br>                    Plaintiff(s),<br><br>           v.<br><br>LOONEY LABORATORIES, INC.,<br><br>                    Defendant(s). | 22 Civ. 8646 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    An order issued January 11, 2024, requires the parties to file a joint status letter by June 18, 2024, in advance of a conference scheduled for June 26, 2024.  *See* ECF No. 21.  The parties did not file the required letter.

    It is hereby **ORDERED** that the parties shall file the joint status letter as soon as possible and no later than **June 21, 2024**.

    SO ORDERED.

Dated: June 20, 2024
       New York, New York

                                                              DALE E. HO
                                            United States District Judge