# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

July 19, 2024

**MEMO ENDORSED**

VIA ECF:
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Case 1:22-cv-08646-DEH Toro v. Looney Laboratories, Inc.*
       First Letter Motion to Adjourn Deadline to File Motion for Summary Judgment

Dear Judge Ho:

The Plaintiff respectfully submits this letter motion to request an adjournment of the deadline to file a motion for summary judgment (the "Motion") which is due to be filed by July 19, 2024 pursuant to the Court's order dated June 21, 2024.

The Plaintiff needs additional time to gather necessary information to file the Motion. As such, Plaintiff requests an additional three (3) week extension, from July 19, 2024 to August 9, 2024 to file the Motion. This is the first time this relief is being requested and upon the consent of both parties.

We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorneys for Plaintiff

The deadline to file any dispositive motion is **ADJOURNED**, pending further order. The parties shall appear at a case management conference on **August 7, 2024, at 1:00 P.M. EST.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 115 661 531, followed by the pound sign (#). The parties shall be prepared to discuss the evidence adduced in discovery and next steps in this litigation. So Ordered.

The Clerk of Court is respectfully directed to close the motion at ECF No. 27.

Dale E. Ho
United States District Judge
Dated: July 22, 2024
New York, New York

Cc: all Counsel of record on ECF