UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>LOONEY LABORATORIES, INC.,<br><br>　　　　　　　　　　　　Defendant. | 22 Civ. 8646 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

　　　A conference was held on August 7, 2024. For the reasons discussed at the conference, it is hereby **ORDERED** that the parties shall meet and confer regarding a briefing schedule for Plaintiff's anticipated motion for summary judgment. The parties shall file a joint status letter proposing such a schedule by **August 14, 2024.**

　　　SO ORDERED.

Dated: August 7, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　United States District Judge