UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO,

       Plaintiff,

v.

LOONEY LABORATORIES, INC.,

       Defendant.

22 Civ. 8646 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

 An order issued August 7, 2024, directed the parties to file a joint status letter proposing a briefing schedule for any anticipated motion for summary judgment by August 14, 2024. *See* ECF No. 29. No such letter was filed.

 It is hereby **ORDERED** that the parties shall file the required joint status letter as soon as possible and no later than **August 16, 2024.** The parties are warned—for the fourth time, *see* ECF Nos. 12, 15, 17—that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

 SO ORDERED.

Dated: August 15, 2024
   New York, New York

               DALE E. HO
             United States District Judge