UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

LOONEY LABORATORIES, INC.,

    Defendant.

Case No: 1:22-cv-08646

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Hicksville, New York
           September 17, 2024

**MARS KHAIMOV LAW, PLLC**

By: _____
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**STEIN & NIEPORENT LLP**

By: _____
David Stein, Esq.
1441 Broadway, Suite 6090
New York, NY 10018
dstein@steinllp.com
*Attorneys for Defendant*

SO ORDERED.

DALE E. HO
United States District Judge
Dated: September 9, 2024
New York, New York